**Ramon Daniel MORALES–CORBALA,**
**Petitioner–Appellant**

v.

**UNITED STATES of America; Warden, Reeves County Detention Center III; Bureau of Prisons; GEO Group, Respondents–Appellees.**

No. 11–50704
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2012.

Ramon Daniel Morales–Corbala, CI Reeves III, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before REAVLEY, JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Ramon Daniel Morales–Corbala, federal prisoner # 52818–208, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. The petition is foreclosed by this court's decision in *Gallegos–Hernandez v.*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

*United States,* 688 F.3d 190, 192–93 (5th Cir.2012), *cert. denied* (—— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365). Morales–Corbala's motion to expedite the appeal or for summary affirmance is denied.

AFFIRMED; MOTION DENIED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jason Wayne CHILDS, Defendant–Appellant.**

No. 12–10298
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2012.

Brian W. McKay, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff-Appellee.

Jason Wayne Childs, Estill, SC, pro se.

published and is not precedent except under

Before BENAVIDES, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Jason Wayne Childs, federal prisoner # 39670–177, appeals the district court's orders denying his motion for an evidentiary hearing, his request for a hold, and his motion to remove counsel.

The orders in this case are not appealable as final orders. See 28 U.S.C. § 1291; Askanase v. Livingwell, Inc., 981 F.2d 807, 810 (5th Cir.1993). The orders are also not appealable under the collateral order doctrine. See Flanagan v. United States, 465 U.S. 259, 263–64, 104 S.Ct. 1051, 79 L.Ed.2d 288 (1984). The appeal is DISMISSED for lack of jurisdiction.

Guillermo Emilio **ALDANA,**
Plaintiff–Appellant,

v.

**FREESCALE SEMICONDUCTOR, INC.,** Defendant–Appellee.

No. 12–50555
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 2012.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.